NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
29946
11-APR-2013
11:32 AM**

NO. 29946

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee,
v.
JAMIE REGO, Defendant-Appellant


APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-CR. NO. 09-1-1135)


ORDER OF CORRECTION
(By: Nakamura, Chief Judge[1/])


The Summary Disposition Order of the court, filed on February 14, 2013, is hereby corrected as follows:

1.  On page 1, in the caption, the word "CIRCUIT" should be replaced with the word "FAMILY" so that as corrected, the text reads: "APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, April 11, 2013.

FOR THE COURT:

Chief Judge

---

[1/] Nakamura, Chief Judge, and Leonard and Reifurth, JJ.